

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00079-CR

| | | |
|---|---|---|
| MYRANDA LEE SEFCIK, Appellant | § | On Appeal from the County Court |
| | § | of Young County (37824) |
| V. | § | February 28, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment and bill of costs. The judgment and bill of costs are modified to (1) correct the $720 probation fee amount to $249, (2) remove the $300 charge for appointed counsel fees, and (3) replace the $5 charge for the courthouse security fee with the correct $3 charge. It is ordered that the judgment and bill of costs of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth